No. 04–10598. ALLER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–10599. ALEXANDER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–10600. ABNEY v. DiGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–10602. PRICE v. FILION, SUPERINTENDENT, COXSACKIE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–10603. MORSLEY v. SMITH, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 04–10605. POWELL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–10606. WHITE v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–10607. PINEDA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10609. BRAVO v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–10610. BREESE v. MALONEY. C. A. 1st Cir. Certiorari denied.

No. 04–10611. AUSLER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–10613. TATE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–10614. WOODARD v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 04–10615. GONZALEZ v. MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 04–10616. GUZMAN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.